**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **LATONYA T. BANKHEAD** and **JUSTIN HALL** on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **FIRST ADVANTAGE BACKGROUND SERVICES CORP.,** <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:17-cv-02910-LMM-CCB |

_____

## DECLARATION OF JENNIFER M. KEOUGH REGARDING SETTLEMENT ADMINISTRATION

I, Jennifer M. Keough, declare and state as follows:

1.     I am the Chief Executive Officer of JND Legal Administration ("JND").  JND is a legal administration services provider with headquarters in Seattle, Washington.  JND has extensive experience with all aspects of legal administration and has administered settlements in hundreds of class action cases.

2.     JND is serving as the Settlement Administrator ("Administrator") in the above-captioned litigation ("Action") as ordered by the Court in its Preliminary Approval Order ("Order"), dated April 30, 2019.  This Declaration is based on my personal knowledge, as well as upon information provided to me by experienced JND employees, and if called upon to do so, I could and would testify competently thereto.

## CLASS MEMBER DATA

3.     On May 1, 2019, JND received a spreadsheet from Defendant containing, among other information, the names, mailing addresses, email addresses, and case dispositions for Settlement Class Members.  Defendant also provided Exhibit A and Exhibit B to the Settlement Agreement, the disposition lists defining the Class Members Entitled to Autopay ("Autopay Class Members") and the remaining Class Members who would be required to submit Claim Forms to receive payment ("Non-Autopay Class Members").  Prior to analyzing for duplicates, the file contained a total of 56,594 potential Class Member records.

4.     Prior to mailing and emailing notices, JND analyzed the raw data and removed 1,805  records with dispositions that did not appear in the disposition lists and which Defendant confirmed had been excluded following negotiations between the Parties.  JND also identified and removed 31,324

duplicate records, ensuring that if any Autopay disposition was associated with a Class Member, even if that Class Member also had records with Non-Autopay dispositions, that Class Member would be designated as an Autopay Class Member. At the conclusion of this analysis, a total of 23,465 unique Class Members were identified, including 19,477 Autopay Class Members and 3,988 Non-Autopay Class Members.

5.     JND updated Class Member mailing addresses using data from the National Change of Address ("NCOA") database. The raw data did not include contact information for two Class Members, and JND was unable to locate a mailing address for these Class Members through additional research. The final Class Member data was promptly loaded into a database established for this Action.

## CAFA NOTICE

6.     In compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, JND compiled a CD-ROM containing the following documents: Class Action Complaint, First Amended Class Action Complaint, Plaintiffs' Motion and Memorandum for Preliminary Approval of the Proposed Settlement and Memorandum in Support, Declaration of E Michelle Drake in Support of Plaintiff's Motion for Preliminary Approval of the Proposed Settlement (filed as an exhibit to Plaintiffs' Motion for Preliminary Approval), the Class Action Settlement Agreement and Release (filed as an exhibit to the Declaration of E Michelle Drake), and Proposed Preliminary Approval Order (filed as an exhibit to Plaintiffs' Motion for Preliminary Approval, which accompanied a cover letter (collectively, the "CAFA Notice Packet").

7.     The CD-ROM was mailed overnight mail via FedEx on April 18, 2019, to the appropriate federal and state officials identified in the attachment to

the accompanying cover letter. A copy of the cover letter and service list attachment are attached as Exhibit A.

8.    As of the date of this Declaration, JND has received no response to the CAFA Notice Packet from any of the recipients identified in paragraph six above.

## NOTICE CAMPAIGN

9.    **EMAIL NOTICE –** Pursuant to the terms of the Class Action Settlement Agreement and Release ("Settlement"), on May 10, 2019, JND sent by email a total of 18,215 Court-approved Email Notices, of which 1,633 "bounced" or were otherwise undeliverable.  Accounting for undeliverable emails, 16,582 Class Members were successfully emailed a Notice that did not bounce for an email deliverability rate of 91%.  Autopay Class Members and Non-Autopay Class Members were sent different versions of the Email Notice, representative copies of which are attached as Exhibit B.

10.    **MAIL NOTICE –** Pursuant to the terms of the Settlement, on May 10, 2019, JND mailed the Court-approved Postcard Notices to the 23,463 Class Members for whom JND was able to locate a valid mailing address.  Autopay Class Members were mailed a single postcard ("Autopay Postcard Notice"), and Non-Autopay Class Members were mailed a double postcard that included a postage-paid, detachable Claim Form.  Representative copies of the Postcard Notices are attached as Exhibit C.

11.    JND promptly re-mailed all Postcard Notices returned as undeliverable with a forwarding address.  For all Postcard Notices returned as undeliverable without a forwarding address, JND promptly conducted advanced address research and re-mailed the Postcard Notices where an updated address was returned.  Pursuant to the terms of the Settlement, any

Postcard Notices returned as undeliverable after two attempts at mailing (initial mailing and one re-mail) were deemed undeliverable.

12.     As of the date of this Declaration, JND has tracked 1,503 Postcard Notices that were deemed undeliverable for an overall mailed deliverability rate of 93.6% for both Autopay and Non-Autopay Class Members combined.  The net deliverability rate, taking both Emailed Notices and Postcard Notices into account, is 97.4%.

13.     **REMINDER NOTICE** – Pursuant to the terms of the Settlement, on June 25, 2019, JND mailed the Court-approved Reminder Postcard Notice to the 3,603 Non-Autopay Class Members who had not yet filed a Claim Form or Exclusion Request, 266 of which were returned as undeliverable.  A representative copy of the Reminder Postcard Notice is attached as Exhibit D. JND also emailed the Court-approved Reminder Email Notice to the 2,378 Non-Autopay Class Members who had not yet filed a Claim Form or Exclusion Request and who had a valid email address; 240 of the Reminder Email Notices "bounced" or were returned as undeliverable.   A representative copy of the Reminder Email Notice is included in Exhibit D.

**SETTLEMENT WEBSITE**

14.     On May 10, 2019, JND established the Settlement Website, www.bankheadsettlement, which hosts copies of important case documents, answers to frequently asked questions, and Administrator telephone and mail contact information.  The website also allowed Class Members to submit a Claim Form electronically until the deadline passed on July 9, 2019.  Additionally, on June 24, 2019, JND posted to the Important Documents page of the website a copy of Plaintiffs' Memorandum in Support of Class Counsel's Motion for an Award of Attorneys' Fees, Costs, and Service Award for Class Representatives.

15.     As of the date of this Declaration, the website has tracked 1,193 unique users who registered 4,078 page views.   JND will continue to update and maintain the website for the duration of our administration of the Settlement.

## TOLL-FREE INFORMATION LINE

16.     In addition to the website, on May 10, 2019 JND established a case-specific toll-free number, 1-844-546-2346, which individuals may call to obtain information regarding the Settlement.  Callers have the opportunity at each stage to speak to a live operator familiar with the Settlement who can respond to common questions and provide assistance.  The line is available 24 hours a day, seven days a week, and live operators are available during business hours.

17.     As of the date of this Declaration, JND has received 687 total calls to the toll-free line, of which 321 callers have opted to speak with a live operator. JND will continue to update and maintain the toll-free line for the duration of our administration of the Settlement.

## REQUESTS FOR EXCLUSION

18.     The Notices informed Class Members that any Class Member who wanted to exclude themselves or "opt out" from the Settlement must do so in writing, postmarked on or before July 9, 2019.  Detailed instructions for opting out were included in the Settlement Agreement, Notice of Settlement, and FAQs available on the website.

19.     As of the date of this Declaration, JND has received one request for exclusion.  A List of Approved Opt-Outs is attached as Exhibit E.

## OBJECTIONS

20.     The Notices informed Class Members that any Class Member who did not like any part of the Settlement could object to the Settlement in writing,

mailed to the Court and the Settlement Administrator and postmarked on or before July 9, 2019. Detailed instructions for submitting an objection were included in the Settlement Agreement, Notice of Settlement, and FAQs available on the website.

21.    As of the date of this Declaration, JND has not received and is not aware of any objections to the proposed Settlement.

## CLAIMS RECEIVED

22.    The Notices informed recipients that Non-Autopay Class Members were required to submit a Claim Form to receive a payment, postmarked or submitted electronically on or before July 9, 2019. The Settlement Agreement provided that Class Members Entitled to Autopay were not required to submit Claim Forms.

23.    As of the date of this Declaration, JND has received a total of 684 Claim Forms, all of which were timely submitted. JND received 52 Claim Forms from Class Members Entitled to Autopay which are not included in the discussion below. The claim filing rate, not including Autopay Class Members, is 15.8%.

   a. **Approved Claims**: Of the total claims received, 613 were submitted by Non-Autopay Class Members and were complete.

   b. **Deficient Claims**: Of the total claims received, two claims were missing information as the claimants failed to sign the Claim Form.

   c. **Denied Claims**: Of the total claims received, 17 were denied as they were submitted by individuals who were not included on the Class List.

24.    Although the claim filing deadline has passed, the number of timely claims may increase as timely postmarked Claim Forms are received.  JND will continue to submit regular reports to the Parties regarding both timely and late claims received.

I declare, under penalty of perjury, under the laws of the State of Georgia that the foregoing is true and correct.  Executed this 22nd day of July, 2019, at Seattle, Washington.

_____
JENNIFER M. KEOUGH

# EXHIBIT A



April 18, 2019

The United States Attorney General
And the Appropriate State Officials
Identified on Attachment A

**RE: CAFA Notice of Proposed Class Action Settlement**

Dear Attorney General or Appropriate State Official:

This notice is being provided to you in accordance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, and on behalf of Defendant, First Advantage Background Services Corp., in the below-referenced class action ("the Action"). A Motion for Preliminary Approval of Settlement Agreement was filed on April 8, 2019.

| | |
|---|---|
| **Case Name:** | *Bankhead v. First Advantage Background Services Corp.* |
| **Case Number:** | *1:17-cv-02910-LMM-CCB* |
| **Jurisdiction:** | *United States District Court for the Northern District of Georgia Atlanta Division* |
| **Date Settlement filed with Court:** | *April 8, 2019* |

Pursuant to 28 U.S.C. § 1715 (b), the enclosed CD-ROM contains the following documents filed in the Action:

**01 – Complaint.pdf**
Class Action Complaint (Jury Trial Demanded), filed August 2, 2017

**02 – First Amended Complaint.pdf**
First Amended Class Action Complaint (Jury Trial Demanded), filed April 8, 2019

**03 – Motion for Preliminary Approval.pdf**
Plaintiffs' Motion and Memorandum for Preliminary Approval of the Proposed Settlement and Memorandum in Support, filed April 8, 2019, and attaching:

**04 – Declaration of E Michelle Drake.pdf**
Declaration of E. Michelle Drake in Support of Plaintiffs' Motion for Preliminary Approval of the Proposed Settlement, attaching:

**Exhibit 1 – Class Action Settlement Agreement and Release**
including All Dispositions, Autopay Disposition List, Long Form Notice, Email and Postcard Notice (version 1), Email and Postcard Notice (version 2), and Email and Postcard Notice (version 3)

**05 – Proposed Preliminary Approval Order.pdf**
[Proposed] Preliminary Approval Order

As of the date of this letter, an estimate of the number of potential Class Members in each state is not available. In order to ensure all proper parties are notified, we are providing this notice to the appropriate state officials in all 50 states, the District of Columbia, and U.S. territories.

If you have any questions regarding the details of the case and settlement, please contact defense counsel's representative at:

> Edward Cadagin
> Henry Chalmers
> Arnall Golden Gregory LLP
> 171 17th Street NW
> Suite 2100
> Atlanta, GA, 30363
> (404) 873-8500
> Edward.Cadagin@AGG.com
> Henry.Chalmers@AGG.com

For questions regarding this notice, please contact us at:

> JND Legal Administration
> 1100 2nd Ave, Suite 300
> Seattle, WA 98101
> Phone: 800-207-7160

Regards,

/s/

JND Legal Administration

Enclosures

*Bankhead v. First Advantage Background Services Corp.* **Class Action, Case No. 1:17-cv-02910-LMM-CCB**
**CAFA Notice – Attachment A – Service List**

Kevin G. Clarkson
Office of the Attorney General
1031 W 4th Ave
Ste 200
Anchorage, AK  99501

Steve Marshall
Office of the Attorney General
501 Washington Ave
Montgomery, AL  36104

Leslie Rutledge
Office of the Attorney General
323 Center St
Ste 200
Little Rock, AR  72201

Mark Brnovich
Office of the Attorney General
2005 N Central Ave
Phoenix, AZ  85004

CAFA Coordinator
Office of the Attorney General
Consumer Law Section
455 Golden Gate Ave., Ste 11000
San Francisco, CA  94102

Phil Weiser
Office of the Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10th Fl
Denver, CO  80203

William Tong
Office of the Attorney General
55 Elm St
Hartford, CT  06106

Kathy Jennings
Delaware Department of Justice
Carvel State Office Building
820 N French Street
Wilmington, DE  19801

Ashley Moody
Office of the Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL  32399

Chris Carr
Office of the Attorney General
40 Capitol Sq SW
Atlanta, GA  30334

Clare E. Connors
Department of the Attorney General
425 Queen Street
Honolulu, HI  96813

Thomas J. Miller
Office of the Attorney General
Hoover State Office Building
1305 E. Walnut Street Rm 109
Des Moines, IA  50319

Lawrence G. Wasden
State of Idaho
Office of the Attorney General
700 W. Jefferson St, Suite 210
Boise, ID  83720

Kwame Raoul
Office of the Attorney General
James R. Thompson Center
100 W. Randolph St
Chicago, IL  60601

*Bankhead v. First Advantage Background Services Corp.* **Class Action, Case No. 1:17-cv-02910**
**CAFA Notice – Attachment A – Service List**

Curtis T. Hill, Jr.
Indiana Attorney General's Office
Indiana Government Center South
302 W Washington St 5th Fl
Indianapolis, IN  46204

Derek Schmidt
Office of the Attorney General
120 SW 10th Ave
2nd Fl
Topeka, KS  66612

Andy Beshear
Office of the Attorney General
Capitol Building
700 Capitol Ave Ste 118
Frankfort, KY  40601

Jeff Landry
Office of the Attorney General
1885 N. Third St
Baton Rouge, LA  70802

CAFA Coordinator
General Counsel's Office
Office of the Attorney General
One Ashburton Pl
Boston, MA  02108

Brian E. Frosh
Office of the Attorney General
200 St. Paul Pl
Baltimore, MD  21202

Aaron Frey
Office of the Attorney General
6 State House Station
Augusta, ME  04333

Dana Nessel
Department of Attorney General
G. Mennen Williams Building, 7th Fl
525 W Ottawa St
Lansing, MI  48933

Keith Ellison
Office of the Attorney General
445 Minnesota St
Suite 1400
St. Paul, MN  55101

Eric Schmitt
Attorney General's Office
Supreme Court Building
207 W High St
Jefferson City, MO  65101

Jim Hood
Office of the Attorney General
Walter Sillers Building
550 High St Ste 1200
Jackson, MS  39201

Tim Fox
Office of the Attorney General
215 N. Sanders
Justice Building, Third Fl
Helena, MT  59601

Josh Stein
Attorney General's Office
114 W Edenton St
Raleigh, NC  27603

Wayne Stenehjem
Office of the Attorney General
State Capitol, 600 E Boulevard Ave
Dept. 125
Bismarck, ND  58505

*Bankhead v. First Advantage Background Services Corp.* **Class Action, Case No. 1:17-cv-02910**
**CAFA Notice – Attachment A – Service List**

Doug Peterson
Office of the Attorney General
2115 State Capitol
Lincoln, NE 68509

Gordon MacDonald
Office of the Attorney General
NH Department of Justice
33 Capitol St.
Concord, NH 03301

Gurbir S. Grewal
Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market St 8th Fl, West Wing
Trenton, NJ 08611

Hector Balderas
Office of the Attorney General
408 Galisteo Street
Villagra Building
Santa Fe, NM 87501

Aaron Ford
Office of the Attorney General
Old Supreme Court Building
100 N Carson St
Carson City, NV 89701

CAFA Coordinator
Office of the Attorney General
28 Liberty St
15th Fl
New York, NY 10005

Dave Yost
Attorney General's Office
State Office Tower
30 E Broad St 14th Fl
Columbus, OH 43215

Mike Hunter
Office of the Attorney General
313 NE 21st St
Oklahoma City, OK 73105

Ellen F. Rosenblum
Oregon Department of Justice
1162 Court St NE
Salem, OR 97301

Josh Shapiro
PA Office of the Attorney General
Strawberry Square 16th Fl
Harrisburg, PA 17120

Peter F. Neronha
Office of the Attorney General
150 S Main St
Providence, RI 02903

Alan Wilson
Office of the Attorney General
Rembert C. Dennis Bldg
1000 Assembly St Rm 519
Columbia, SC 29201

Jason Ravnsborg
Office of the Attorney General
1302 E Highway 14
Ste 1
Pierre, SD 57501

Herbert H. Slatery, III
Office of the Attorney General
301 6th Ave N
Nashville, TN 37243

*Bankhead v. First Advantage Background Services Corp.* **Class Action, Case No. 1:17-cv-02910**
**CAFA Notice – Attachment A – Service List**

Ken Paxton
Office of the Attorney General
300 W. 15th St
Austin, TX  78701

Sean D. Reyes
Office of the Attorney General
Utah State Capitol Complex
350 North State St Ste 230
Salt Lake City, UT  84114

Mark R. Herring
Office of the Attorney General
202 N. Ninth St.
Richmond, VA  23219

T.J. Donovan
Attorney General's Office
109 State St.
Montpelier, VT  05609

Bob Ferguson
Office of the Attorney General
1125 Washington St SE
Olympia, WA  98501

Josh Kaul
Attorney General's Office
114 E State Capitol
Madison, WI  53702

Patrick Morrisey
Office of The Attorney General
State Capitol, 1900 Kanawha Blvd E
Building 1 Rm E-26
Charleston, WV  25305

Bridget Hill
Office of the Attorney General
Kendrick Building
2320 Capitol Ave
Cheyenne, WY  82002

Karl A. Racine
Office of the Attorney General
441 4th St NW
Suite 1100
Washington, DC  20001

William Barr
Office of the U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC  20530

Talauega Eleasalo V. Ale
Department of Legal Affairs
A.P. Lutali Exec Ofc Bldg, 3rd Fl
Utulei
Pago Pago, AS  96799

Leevin Taitano Camacho
Office of the Attorney General
ITC Building Ste 901
590 S Marine Corps Dr
Tamuning, GU  96913

Edward Manibusan
Office of the Attorney General
Administration Building
P.O. Box 10007
Saipan, MP  96950

Wanda Vàzquez Garced
Dpto. de Justicia de Puerto Rico
Calle Teniente César González 677
Esq. Ave. Jesús T. Piñero
San Juan, PR  00918

*Bankhead v. First Advantage Background Services Corp.* **Class Action, Case No. 1:17-cv-02910**
**CAFA Notice – Attachment A – Service List**

Carol Thomas-Jacobs
Office of the Attorney General
34-38 Kronprindsens Gade
GERS Building 2nd Fl
St. Thomas, VI  00802

Joses R. Gallen
Department of Justice
P.O. Box PS-105
Palikir
Pohnpei State, FM  96941

Filimon M. Manoni
Office of the Attorney General
P.O. Box 890
Majuro, MH  96960

Ernestine K. Rengiil
Office of the Attorney General
P.O. Box 1365
Koror, PW  96939

# EXHIBIT B

**From: jennifer@bankheadsettlement.com**

**Sent:**

**To:**

**Subject: Bankhead v. First Advantage Settlement Notice**

<b>Notice of Proposed Class Action Settlement</b>

**Dear [FIRSTNAME] [LASTNAME],**

This court-authorized notice has been sent to you because a settlement has been reached in a class action lawsuit that was brought against First Advantage Background Services Corp., a background check company.  The lawsuit is called *Bankhead v. First Advantage Background Services Corp.,* and you may be eligible to receive a settlement payment as you have been identified as a Class Member.  Please read this notice carefully, as it explains your legal rights in this matter.

**What Is the Lawsuit About?**

Plaintiffs allege that First Advantage violated the Fair Credit Reporting Act ("FCRA") by allegedly producing background reports on individuals containing non-conviction information older than seven years from the date of the report.  First Advantage vigorously denies the Plaintiffs' claim and denies all liability to Plaintiffs and the Class.

For detailed information about the lawsuit and the Settlement, please see the Notice of Settlement and review the Settlement Agreement, available at www.bankheadsettlement.com.

**Am I a Class Member?**

First Advantage's records indicate you are a Class Member.  You are a Class Member because First Advantage produced a report about you between June 23, 2015 and January 27, 2019 that included one or more records older than seven years which included a term listed in Exhibit A to the Settlement Agreement in the disposition field.  The records also indicate that you are a member of what the Settlement Agreement calls the Class Members Entitled to Autopay.  Unless you opt out of the Settlement Class, you will automatically receive a settlement payment under the Settlement.  **You do not need to file a Claim Form in order to receive a payment**.

**What Can I Get?**

If the Settlement is approved by the Court, you may also be entitled to a monetary payment.  You will automatically receive money under the Settlement, unless you opt out of the Settlement Class.  Other Class Members have to file Claim Forms, but you do not.  Class Counsel estimates that payments likely are to be between $56 and $58 but this is only an estimate.  The exact amount of the payment will depend on a number of factors, such as how many Claim Forms are submitted by other Class Members, the amount of attorneys' fees, Class Representative payment, and Court-approved administration costs.

**How Would I Exclude Myself?**

If you do not want to be a Class Member, you may exclude yourself from the Settlement Class by mailing a written notice to the Settlement Administrator by July 9, 2019.  This would mean you would not receive a settlement payment, but you will retain your rights concerning the legal issue in the lawsuit.  Detailed instructions on how to exclude yourself from the Settlement are available at www.bankheadsettlement.com.

**What If I Do Not Agree with the Settlement?**

If you do not exclude yourself, but do not like some aspect of the Settlement, you can also object.  You or your lawyer can then appear before the Court and object to the Settlement.  To object, you must

file a written objection with the Court by no later than July 9, 2019.  Instructions on how to object to the Settlement can be found at www.bankheadsettlement.com.

**Do I Have a Lawyer?**

The Court has appointed a team of lawyers from Berger Montague PC to serve as Class Counsel. They will petition to be paid legal fees from the settlement fund, and will also petition for their reasonable legal expenses in pursuing the lawsuit.  But you may hire your own lawyer at your expense if you so choose.

**When Will the Court Consider the Settlement?**

The Court will hold a final approval hearing on September 19, 2019, at 2:00 p.m. at Richard B. Russell Federal Building, 2211 United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia. At that hearing, the Court will hear any objections concerning the fairness of the Settlement, decide whether to approve the requested attorneys' fees of one-third of the full value of the Settlement plus out of pocket costs not to exceed $32,000, the requested Class Representative payment of $3,500 for each Class Representative, and administration costs.

**How Do I Get More Information?**

For more information, go to www.bankheadsettlement.com or contact the Settlement Administrator at 1-844-546-2346.

To unsubscribe from this list, please click on the following link: Unsubscribe

**From: jennifer@bankheadsettlement.com**

**Sent:**

**To:**

**Subject: Bankhead v. First Advantage Settlement Notice**

### Notice of Proposed Class Action Settlement

**Dear [FIRSTNAME] [LASTNAME],**

This court-authorized notice has been sent to you because a settlement has been reached in a class action lawsuit that was brought against First Advantage Background Services Corp., a background check company.  The lawsuit is called *Bankhead v. First Advantage Background Services Corp.,* and you may be eligible to receive a settlement payment as you have been identified as a Class Member.  Please read this notice carefully, as it explains your legal rights in this matter.

**What Is the Lawsuit About?**

Plaintiffs allege that First Advantage violated the Fair Credit Reporting Act ("FCRA") by allegedly producing background reports on individuals containing non-conviction information older than seven years from the date of the report.  First Advantage vigorously denies the Plaintiffs' claim and denies all liability to Plaintiffs and the Class.

For detailed information about the lawsuit and the Settlement, please see the Notice of Settlement and review the Settlement Agreement, available at www.bankheadsettlement.com.

**Am I a Class Member?**

First Advantage's records indicate you are a Class Member.  You are a Class Member because First Advantage produced a report about you between June 23, 2015 and January 27, 2019 that included one or more records older than seven years which included a term listed in Exhibit A to the Settlement Agreement in the disposition field.  The records also indicate that you are **not** a member of what the Settlement Agreement calls the Class Members Entitled to Autopay.  To be eligible to receive any money, you must submit a Claim Form to the Settlement Administrator.

**What Can I Get?**

If the Settlement is approved by the Court and you return a Claim Form within the deadline, you may also be entitled to a monetary payment.  Class Counsel estimates that payments likely are to be between $56 and $58 but this is only an estimate.  The exact amount of the payment will depend on a number of factors, such as how many Claim Forms are submitted by other Class Members, the amount of attorneys' fees, Class Representative payment, and Court-approved administration costs.

To receive a payment, you must return a Claim Form.

**How Do I Get a Payment?**

To be considered for a payment, you must submit a properly completed Claim Form.

You can download a Claim Form or submit a Claim Form online at www.bankheadsettlement.com.  Your completed Claim Form must be postmarked or submitted online by no later than July 9, 2019.  If you would like a copy of the report at issue to review, please contact the Settlement Administrator at 1-844-546-2346.

**How Would I Exclude Myself?**

If you do not want to be a Class Member, you may exclude yourself from the Settlement Class by mailing a written notice to the Settlement Administrator by July 9, 2019. This would mean you would not receive a settlement payment, but you will retain your rights concerning the legal issue in the lawsuit. Detailed instructions on how to exclude yourself from the Settlement are available at www.bankheadsettlement.com.

**What If I Do Not Agree with the Settlement?**

If you do not exclude yourself, but do not like some aspect of the Settlement, you can also object. You or your lawyer can then appear before the Court and object to the Settlement. To object, you must file a written objection with the Court by no later than July 9, 2019. Instructions on how to object to the Settlement can be found at www.bankheadsettlement.com.

**Do I Have a Lawyer?**

The Court has appointed a team of lawyers from Berger Montague PC to serve as Class Counsel. They will petition to be paid legal fees from the settlement fund, and will also petition for their reasonable legal expenses in pursuing the lawsuit. But you may hire your own lawyer at your expense if you so choose.

**When Will the Court Consider the Settlement?**

The Court will hold a final approval hearing on September 19, 2019, at 2:00 p.m. at Richard B. Russell Federal Building, 2211 United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia. At that hearing, the Court will hear any objections concerning the fairness of the Settlement, decide whether to approve the requested attorneys' fees of one-third of the full value of the Settlement plus out of pocket costs not to exceed $32,000, the requested Class Representative payment of $3,500 for each Class Representative, and administration costs.

**How Do I Get More Information?**

For more information, go to www.bankheadsettlement.com, or contact the Settlement Administrator at 1-844-546-2346.

To unsubscribe from this list, please click on the following link: Unsubscribe

# EXHIBIT C

# COURT ORDERED NOTICE

*Bankhead v. First Advantage Background Services, Corp.*

## Class Action Notice

Opt-Out Deadline: 07/09/2019

*Bankhead v. First Advantage*
c/o JND Legal Administration
PO Box 91312
Seattle, WA 98111

[PrintedID]

[Postal barcode]
Postal Service: Please do not mark barcode.

[MailingID]
[NAME]
[ADDR1]
[ADDR2]
[CITY], [ST] [ZIP]

FIRST CLASS
MAIL
US POSTAGE
PAID
Permit#__

A settlement has been reached in a class action lawsuit, *Bankhead v. First Advantage Background Servs. Corp.*, claiming statutory damages against First Advantage for alleged violations of the Fair Credit Reporting Act. Plaintiff claims that First Advantage included in certain background reports non-conviction information older than seven years from the date of the report. First Advantage vigorously denies that it violated any law, but has agreed to the Settlement to avoid the expenses associated with continuing the litigation. This Notice summarizes the proposed Settlement. For the precise terms and conditions of the Settlement, please see the Notice of Settlement and review the Settlement Agreement, available at www.bankheadsettlement.com.

**Am I a Class Member?** First Advantage's records indicate you are a Class Member. You are a Class Member because First Advantage produced a report about you between June 23, 2015 and January 27, 2019 that included one or more records older than seven years which included a term listed in Exhibit A to the Settlement Agreement in the disposition field. You are one of the Class Members Entitled to Autopay. You will automatically receive money under the Settlement, unless you opt out of the Settlement Class. Other Class Members have to file Claim Forms, but you do not.

**What Can I Get?** If the Settlement is approved by the Court, you are eligible to receive money. If approved, the amount of payment will depend on the number of qualifying Claim Forms submitted, and the amount of attorneys' fees, costs, Class Representative payment, and administration costs approved by the Court. Class Counsel estimates that those who qualify for payment will likely receive between $56 and $58.

**How Do I Get a Payment?** You will automatically receive money under the Settlement, unless you opt out of the Settlement Class. Other Class Members have to file Claim Forms, but you do not.

**What Are My Other Options?** You may exclude yourself from the Settlement Class by mailing a written notice to the Settlement Administrator by **July 9, 2019.** If you exclude yourself, then you cannot receive a settlement payment, but you do not release any potential rights you may have relating to the legal issue in the lawsuit. You can also object. If you do not exclude yourself, then you or your lawyer can appear before the Court and object to the Settlement. Your written objection must be filed with the Court no later than **July 9, 2019.** Specific instructions on how to object to or exclude yourself from the Settlement are available at www.bankheadsettlement.com.

**Who Represents Me?** The Court has appointed a team of lawyers from Berger Montague PC to serve as Class Counsel. They will petition to be paid legal fees from the settlement fund, and will also petition for their reasonable legal expenses in pursuing the lawsuit. But you may hire your own lawyer at your expense if you so choose.

**When Will the Court Consider the Settlement?** The Court will hold a final approval hearing on September 19, 2019 at 2:00 p.m. at Richard B. Russell Federal Building, 2211 United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia. At that hearing, the Court will hear any objections concerning the fairness of the Settlement, decide whether to approve the requested attorneys' fees of one-third of the full value of the Settlement plus out of pocket costs not to exceed $32,000, the requested Class Representative payment of $3,500 for each Class Representative, and administration costs.

**How Do I Get More Information?** For more information, go to www.bankheadsettlement.com, or contact the Settlement Administrator at 1-844-546-2346.

# COURT ORDERED NOTICE

*Bankhead v. First Advantage Background Services, Corp.*

**Class Action Notice & Claim Form Inside**

Claim Filing Deadline: 07/09/2019

*Bankhead v. First Advantage*
c/o JND Legal Administration
PO Box 91312
Seattle, WA 98111

[PrintedID]

[Postal barcode]
Postal Service: Please do not mark barcode.

[MailingID]
[NAME]
[ADDR1]
[ADDR2]
[CITY], [ST] [ZIP]

FIRST CLASS
MAIL
US POSTAGE
PAID
Permit#__

A settlement has been reached in a class action lawsuit, *Bankhead v. First Advantage Background Services Corp.*, claiming statutory damages against First Advantage for alleged violations of the Fair Credit Reporting Act. Plaintiff claims that First Advantage included in certain background reports non-conviction information older than seven years from the date of the report. First Advantage vigorously denies that it violated any law, but has agreed to the Settlement to avoid the expenses associated with continuing the litigation. This Notice summarizes the proposed Settlement. For the precise terms and conditions of the Settlement, please see the Notice of Settlement and review the Settlement Agreement, available at www.bankheadsettlement.com.

**Am I a Class Member?** First Advantage's records indicate you are a Class Member. You are a Class Member because First Advantage produced a report about you between June 23, 2015 and January 27, 2019 that included one or more records older than seven years which included a term listed in Exhibit A to the Settlement Agreement in the disposition field. The records also indicate that you are **not** a member of what the Settlement Agreement calls the Class Members Entitled to Autopay. To be eligible to receive any money, you **must submit the attached Claim Form** to the Settlement Administrator.

**What Can I Get?** If the Settlement is approved by the Court and you return a Claim Form within the deadline, you are eligible to receive money. If approved, the amount of payment will depend on the number of qualifying Claim Forms submitted, and the amount of attorneys' fees, costs, Class Representative payment, and administration costs approved by the Court. Class Counsel estimates that those who return the attached Claim Form, and who qualify for payment, will likely receive between $56 and $58.

**How Do I Get a Payment?** You must submit a timely and properly completed Claim Form postmarked no later than July 9, 2019 to be considered for a payment. You may use the Claim Form attached to this Notice or submit a claim online at www.bankheadsettlement.com.

**What Are My Other Options?** You may exclude yourself from the Settlement Class by mailing a written notice to the Settlement Administrator by **July 9, 2019.** If you exclude yourself, then you cannot receive a settlement payment, but you do not release any potential rights you may have relating to the legal issue in the lawsuit. You can also object. If you do not exclude yourself, then you or your lawyer can appear before the Court and object to the Settlement. Your written objection must be filed with the Court no later than **July 9, 2019.** Specific instructions on how to object to or exclude yourself from the Settlement are available at www.bankheadsettlement.com.

**Who Represents Me?** The Court has appointed a team of lawyers from Berger Montague PC to serve as Class Counsel. They will petition to be paid legal fees from the settlement fund, and will also petition for their reasonable legal expenses in pursuing the lawsuit. But you may hire your own lawyer at your expense if you so choose.

**When Will the Court Consider the Settlement?** The Court will hold a final approval hearing on September 19, 2019 at 2:00 p.m. at Richard B. Russell Federal Building, 2211 United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia. At that hearing, the Court will hear any objections concerning the fairness of the Settlement, decide whether to approve the requested attorneys' fees of one-third of the full value of the Settlement plus out of pocket costs not to exceed $32,000, the requested Class Representative payment of $3,500 for each Class Representative, and administration costs.

**How Do I Get More Information?** For more information, go to www.bankheadsettlement.com, or contact the Settlement Administrator at 1-844-546-2346.

NORTHERN DISTRICT OF
GEORGIA
Case No. 1:17-cv-02910

**Claim Form & Release**

*Bankhead v. First Advantage*
c/o JND Legal Administration
PO Box 91312
Seattle, WA 98111

[QR Barcode]

Claim #: ABC-1234567-8

Name/Address Changes:

‹‹First1›› ‹‹ Last1››
‹‹CO››
‹‹Addr1›› ‹‹Addr2››
‹‹City››, ‹‹St›› ‹‹Zip›› ‹‹Country››

_____

_____

_____

IF YOU MOVE, send your CHANGE OF ADDRESS to ADMINISTRATOR at the above address.
**To Receive A Payment You Must Sign And Mail This Claim Form, Postmarked On Or Before July 9, 2019.**

This is a notice of a class action settlement. You may be eligible to receive a payment, but further action is required. If the Court approves the Settlement and all requested attorneys' fees, costs, administration expenses, and service payments, and if you qualify for a payment, your estimated settlement payment is likely to be between $56 and $58. Your exact payment will depend on the number of qualifying Claim Forms. To receive this payment, you must sign and return this Claim Form by July 9, 2019. If you would like a copy of the report at issue to review, please contact the Settlement Administrator at 1-844-546-2346.

Further details appear at www.bankheadsettlement.com.

***By signing this form you are attesting that First Advantage produced a report about you that included a non-conviction criminal record that predated the report by more than seven years.***

Signature: _____     Date: _____

Phone Number: _____     Email: _____

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL
FIRST–CLASS MAIL     PERMIT NO. 985     SEATTLE, WA

POSTAGE WILL BE PAID BY ADDRESSEE

BANKHEAD V. FIRST ADVANTAGE
C/O JND LEGAL ADMINISTRATION
PO BOX 91312
SEATTLE WA 98111–9846

# EXHIBIT D

**COURT ORDERED NOTICE**

**REMINDER: THE DEADLINE TO SUMBIT A CLAIM IS JULY 9, 2019**

**You are receiving this reminder because records indicate that you may be eligible to recover but have not yet submitted a claim.**

**Depending on the number of claims made, you could receive a payment of approximately between $56 and $58.**

As described further in this Notice, you may need to submit a Claim Form to receive payment. A Claim Form is attached to this Notice or you can file one at www.bankheadsettlement.com.

*Bankhead v. First Advantage*
c/o JND Legal Administration
PO Box 91312
Seattle, WA 98111

[Mailing ID]

[QR]

NAME
ADDRESS1
ADDRESS2
CITY, ST ZIP

---

NORTHERN DISTRICT OF GEORGIA
Case No. 1:17-cv-02910

[QR]

NAME
ADDRESS1
ADDRESS2
CITY, ST ZIP

**Claim Form & Release**

*Bankhead v. First Advantage*
c/o JND Legal Administration
PO Box 91312
Seattle, WA 98111

Claim #:          Name/Address Changes:

_____

_____

_____

IF YOU MOVE, send your CHANGE OF ADDRESS to ADMINISTRATOR at the above address.
**To Receive A Payment You Must Sign And Mail This Claim Form, Postmarked On Or Before July 9, 2019.**

This is a notice of a class action settlement. You may be eligible to receive a payment, but further action is required. If the Court approves the Settlement and all requested attorneys' fees, costs, administration expenses, and service payments, and if you qualify for a payment, your estimated settlement payment is likely to be between $56 and $58. Your exact payment will depend on the number of qualifying Claim Forms. To receive this payment, you must sign and return this Claim Form by July 9, 2019. If you would like a copy of the report at issue to review, please contact the Settlement Administrator at 1-844-546-2346.

Further details appear at www.bankheadsettlement.com.

*By signing this form you are attesting that First Advantage produced a report about you that included a non-conviction criminal record that predated the report by more than seven years.*

Signature: _____     Date: _____

Phone Number: _____     Email: _____

Settlement has been reached in a class action lawsuit involving *Bankhead v. First Advantage Background Services Corp. ("First Advantage"),* claiming statutory damages against First Advantage for alleged violations of the Fair Credit Reporting Act. Plaintiff claims that First Advantage included in certain background reports non-conviction information older than seven years from the date of the report. First Advantage vigorously denies that it violated any law, but has agreed to the Settlement to avoid the expenses associated with continuing the litigation. This Notice summarizes the proposed Settlement. For the precise terms and conditions of the Settlement, please see the Notice of Settlement and review the Settlement Agreement, available at www.bankheadsettlement.com.

**Am I a Class Member?** First Advantage's records indicate you are a Class Member. You are a Class Member because First Advantage produced a report about you between June 23, 2015 and January 27, 2019 that included one or more records older than seven years which included a term listed in Exhibit A to the Settlement Agreement in the disposition field. The records also indicate that you are **not** a member of what the Settlement Agreement calls the Class Members Entitled to Autopay. To be eligible to receive any money, you **must submit the attached Claim Form** to the Settlement Administrator.

**What Can I Get?** If the Settlement is approved by the Court and you return a Claim Form within the deadline, you are eligible to receive money. If approved, the amount of payment will depend on the number of qualifying Claim Forms submitted, and the amount of attorneys' fees, costs, Class Representative payment, and administration costs approved by the Court. Class Counsel estimates that those who return the attached Claim Form, and who qualify for payment, will likely receive between $56 and $58.

**How Do I Get a Payment?** You must submit a timely and properly completed Claim Form postmarked no later than July 9, 2019 to be considered for a payment. You may use the Claim Form attached to this Notice or submit a claim online at www.bankheadsettlement.com.

**What Are My Other Options?** You may exclude yourself from the Settlement Class by mailing a written notice to the Settlement Administrator by **July 9, 2019.** If you exclude yourself, then you cannot receive a settlement payment, but you do not release any potential rights you may have relating to the legal issue in the lawsuit. You can also object. If you do not exclude yourself, then you or your lawyer can appear before the Court and object to the Settlement. Your written objection must be filed with the Court no later than **July 9, 2019.** Specific instructions on how to object to or exclude yourself from the Settlement are available at www.bankheadsettlement.com.

**Who Represents Me?** The Court has appointed a team of lawyers from Berger Montague PC to serve as Class Counsel. They will petition to be paid legal fees from the settlement fund, and will also petition for their reasonable legal expenses in pursuing the lawsuit. But you may hire your own lawyer at your expense if you so choose.

**When Will the Court Consider the Settlement?** The Court will hold a final approval hearing on September 19, 2019 at 2:00 p.m. at Richard B. Russell Federal Building, 2211 United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia. At that hearing, the Court will hear any objections concerning the fairness of the Settlement, decide whether to approve the requested attorneys' fees of one-third of the full value of the Settlement plus out of pocket costs not to exceed $32,000, the requested Class Representative payment of $3,500 for each Class Representative, and administration costs.

**How Do I Get More Information?** For more information, go to www.bankheadsettlement.com, or contact the Settlement Administrator at 1-844-546-2346.



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 985   SEATTLE, WA

POSTAGE WILL BE PAID BY ADDRESSEE

BANKHEAD V. FIRST ADVANTAGE
C/O JND LEGAL ADMINISTRATION
PO BOX 91312
SEATTLE WA 98111-9846

# EXHIBIT E



## BANKHEAD V. FIRST ADVANTAGE SETTLEMENT
## REQUESTS FOR EXCLUSION/OPT-OUTS

| List of Individuals Submitting Exclusion Requests | | |
|---|---|---|
| **Name** | **City** | **State** |
| Chang | Glendale | AZ |